41 A.3d 738

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. OSCAR PORTER, DEFENDANT–PETITIONER.

February 27, 2012.

It is ORDERED that the petition for certification is granted limited to the issue of whether defendant was entitled to an evidentiary hearing on his petition for post-conviction relief.

41 A.3d 738

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TROY N. TATE, DEFENDANT–PETITIONER.

March 14, 2012.

It is ORDERED that the petition for certification is granted. limited to the issue whether the conviction on the charge of possession of a weapon for an unlawful purpose merges with the aggravated manslaughter conviction.